# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MOSES M. EVANS, JR.

NO. 2021 KW 1396

**NOVEMBER 15, 2021**

---

In Re:    Moses M. Evans, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-05971.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**STAY GRANTED** pending further order of this court. Furthermore, relator is **ORDERED** to provide this court with a transcript of the November 9, 2021 hearing on his "Expedited Motion for a Contradictory Hearing on Whether Defendant Can Add the Defense of Not Guilty by Reason of Insanity to His Plea of Not Guilty" on or before 1:00 p.m. on November 16, 2021.

**JMG**
**GH**

**Chutz, J.,** dissents and would deny on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT